IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ALLAINA BRACKENRIDGE, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:24-cv-00550-O-BP |
| WELLS FARGO BANK, N.A., | § § § | |
| Defendant. | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No timely objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.[1]

Accordingly, it is **ORDERED** Defendant's Motion to Dismiss (ECF No. 11) is **GRANTED**. Brackenridge's claims against Defendant are **DISMISSED without prejudice**.

**SO ORDERED** this **11th** day of **December, 2024.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**

---

[1] Plaintiff filed an amended complaint, however, the deadline to do so was Friday, December 6, 2024. Plaintiff's complaint was not filed until December 10, 2024. *See* ECF No. 32.